UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 20 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:18CR1046 HEA/SPM |
| CARRON PRIMUS, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT 1 (18 U.S.C. 1591(a)(1))

The Grand Jury charges that:

Between on or about November 25, 2018 and November 27, 2018, within the Eastern District of Missouri, the defendant,

**CARRON PRIMUS,**

in and affecting interstate and foreign commerce, did knowingly and intentionally attempt, recruit, entice, harbor, transport, provide, or obtain by any means a person, Juvenile A, knowing that force, fraud, or coercion would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b), and Title 18, United States Code, Section 1594(a).

### COUNT 2 (18 U.S.C. 1952(a)(3))

The Grand Jury further charges that:

Between on or about November 25, 2018 and November 27, 2018, within the Eastern District of Missouri, the defendant,

**CARRON PRIMUS,**

did knowingly use facilities in interstate commerce, that is the internet, with the intent to promote, manage, establish, and carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish and carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

### COUNT 3 (18 U.S.C. 1952(a)(3))

The Grand Jury further charges that:

Between on or about November 25, 2018 and November 27, 2018, within the Eastern District of Missouri, the defendant,

**CARRON PRIMUS,**

did knowingly use facilities in interstate commerce, that is a cellular phone, with the intent to promote, manage, establish, and carry on an unlawful activity, to wit: prostitution, and thereafter did knowingly promote, manage, establish and carry on that unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney