IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-CR-1046  HEA |
| CARRON PRIMUS | ) |
| Defendant. | ) |

**MOTION FOR COUNSEL STATUS HEARING**

Mr. Carron Primus, through counsel, hereby respectfully requests a counsel status hearing. Mr. Primus requests that this Court appoint a different attorney to represent him in this case. Specifically, Mr. Primus requests an attorney outside the federal public defender's office. Though Mr. Primus and defense counsel have endeavored to salvage the attorney-client relationship in this case, Mr. Primus does now wish to request appointment of a different attorney.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dianna Collins, Assistant United States Attorney.

                                            /s/Charles J. Banks
                                            CHARLES J. BANKS
                                            Assistant Federal Public Defender