UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18CR1046 HEA |
| ) | |
| CARRON PRIMUS, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Shirley Padmore Mensah, addressing Defendant's Motion to Dismiss the Indictment, [Doc. No. 37]. On August 21, 2019, a hearing on the motion was held. In her August 26, 2019 Report and Recommendation, Judge Mensah recommended that the Defendant's motion be granted in part and denied in part. Judge Mensah recommended that the motion to dismiss should be granted as to the charge of sex trafficking of a minor in violation of 18 U.S.C. §1591(a)(1) in Count 1 of the Indictment and denied as to the remainder of Count 1 of the Indictment. Judge Mensah also recommended that Defendant's motion be denied as to Counts 2 and 3 of the Indictment. On October 10, 2019, Defendant filed a Notice stating that he has no objections to Judge Mensah's Report and Recommendation. The Court fully adopts Judge Mensah's recommendation.

Judge Mensah's conclusions regarding the sufficiency of each charge against Defendant set forth in the Indictment are based on thorough and sound legal analysis. The Court agrees with her conclusions in their entirety. The Recommendation is adopted *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the Indictment, [Doc. No. 37], is GRANTED, in part, and DENIED, in part. Defendant's motion is GRANTED as to the charge of sex trafficking of a minor in violation of 18 U.S.C. §1591(a)(1) set forth in Count 1 of the Indictment. Defendant's motion to dismiss should be DENIED as to the remainder of Count 1, as well as DENIED as to Counts 2 and 3.

Dated this 15th day of October, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE